John THOMPSON, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

March 23, 1948.

C. F. See, Jr., and Kit C. Elswick for movant.

A. E. Funk, Attorney General, and A. E. Funk, Jr., Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied; Judgment affirmed.

'Walter COX, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

March 26, 1948.

Montgomery and Montgomery for movant.

A. E. Funk, Attorney General, and Squire N. Williams, Assistant Attorney General, opposed.

PER CURIAM.

Conviction of appellant for selling intoxicating liquor within local option territory. Punished by a fine of $100 and imprisonment of 30 days in jail. Motion for appeal denied and judgment affirmed.